UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-61527-SINGHAL/Reid

TAVON STONE,

    Plaintiff,

v.

HALLANDALE POLICE DEPARTMENT et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on United States Magistrate Judge Lisette Reid's Report and Recommendation ("R&R") (DE [11]), filed on October 5, 2020. Therein, Magistrate Judge Reid sua sponte considered Plaintiff's Complaint (DE [1]) and recommends this case be **DISMISSED**.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. Therefore, the Court's review of the R&R is properly limited to a de novo review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed de novo, even in the absence of an objection.").

The Court has reviewed the R&R, the entire file, and the record. In so doing, the Court has concluded a de novo review of Magistrate Judge Reid's legal conclusions. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE [11]) is **AFFIRMED** and **ADOPTED**. The Complaint (DE [1]) is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of October 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF and Plaintiff, pro se